CHANNING SEABURY and Another v. ROBERT MICHAELIS.[1]

January 15, 1909.

Nos. 15,874—(194).

Action in the district court for Lyon county to recover from Robert Michaelis $172.62 for goods sold and delivered, in which action Henry Meehl, the vendee of an alleged fraudulent sale of the goods, was garnisheed. Judgment was rendered in favor of plaintiffs in the main action. The issues framed between plaintiffs and the garnishee were tried before Olsen, J., who found that plaintiff was not entitled to recover from the garnishee, Henry Meehl, and that Henry Meehl be discharged from liability as garnishee. From the judgment entered in favor of Henry Meehl, discharging him from liability as garnishee, plaintiffs appealed. Affirmed.

[1] Reported in 119 N. W. 65.

*Patterson & Hall,* for appellants.
*Thos. E. Davis,* for respondent.

PER CURIAM.

This is an appeal from a judgment rendered upon findings of fact and conclusions of law after trial by the court without a jury. The only question presented is whether the conclusions of law are sustained by the findings of fact.

The action involved the validity of a bulk sale of a stock of goods, which plaintiffs claimed was void as to creditors under section 3503, R. L. 1905. The judgment must be affirmed, under the rule of Schmitt v. Dahl, 88 Minn. 506, 93 N. W. 665, 67 L. R. A. 590, for the reason that it does not appear that plaintiffs were creditors at the time of the sale complained of, and the charge in the plaintiffs' complaint that the sale was made to defraud creditors was found untrue by the trial court. The evidence is not returned, and no motion appears to have been made to amend the findings in the respect mentioned, and they must be deemed to be sustained by the evidence.

Judgment affirmed.